# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. **14-CV-81269-KLR**

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: **14-CV-81269-KLR**

FILED by _PC_ D.C.

OCT 1 5 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

Bertran Wilson
(Enter the full name of the plaintiff in this action)

v.

Officer Thompson I d a umber 8519

_____

_____

_____

(Above, enter the full name of the defendant(s) in this action)

cat / div 1983/550/WPB
Case #
Judge _____ Mag White
Motn Ifp ___ Fee pd $
Receipt #

### A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed.  If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet.  Both should be completed and filed with your complaint.

You will note that you are required to give facts.  THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.      **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.      Name of plaintiff: Bertran Wilson

Inmate #: Jacket 0326872

Address: Palm beach sheriffs office P.O Box 24681

West palm beach, fl, 33416-4681

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.      Defendant: Officer Thompson Id 8519

is employed as S.R.T "special Response team" Officer

at The palm beach main detention center jail

C.      Additional Defendants: NONE

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

## II.    Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

The statement of claim is attach to the back and Brief.

claims and allegations.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

These Allegations and claims of excessive force in freedom of speech is true in which violat

my constitutional rights. On september 9, 2014 the srt team conducted cell serchs in confinem

which is East-½C. During the cell ~~serch~~ shake downs Officer thompson ID Number 8519. Did m

room then He entered my room told me to stand by the door as I complied Officer thompso

shake my room down. After he where done he steped toward me in told me to shut my mouth

when I where talking. I stated that its my constitutional rights that I can speak when Im plea

Officer thompson became combative then grab my shirt in told me that I been wanting you'r As

hen slam me on my bunk. Officer anelly placed me in handcuffs while officer thompson telling me to

stop resisting. I laying on the bed with no movement officer thompson started to retreat from

the room then turned around it took off the head commara then attacked me while in handc

punching in Kicking. Officer thompson gave me three blows to the head and caused surious

damages to my head. which I had stichs to my head and my ear that was split. In my

back of my head was swollen "Check medical records" I was tock back to the box in place in m

room. Officer thompson came in stated I told you I was goin to get you. I have writen officer

thompson up on harassment twice for treating my life of beating me to half to death. Officer

thompson #8519 violates the 8 amendment of cruel in unusaul punishment and the first

amendment of freedom of speech. He violated my consitutional rights and deprived me of

them. Iam in title to relief of the claims im stated.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

_____

_____

**III.   Relief**

State briefly exactly what you want the court to do to do for you. Make no legal arguments. Cite no cases or statutes.

punitive damages 15,000 for damages to plaintiffs for injurys from defendant.

compensatory damages 15,000 for plaintiffs disstress of the incident thats cause of the mental anguish.

**IV.   Jury Demand**

Do you demand a jury trial? ☑Yes ☐No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __8 th__ day of __October__ , 20 __14__

_Bertran Wilson_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __10 - 8 - 14__

_Bertran Wilson_
(Signature of Plaintiff)